AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2024

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| SHEILA J. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   1:23-CV-03075-MKD |
|  | ) |
|  | ) |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Brief, ECF No. 10, is GRANTED. Defendant's Brief, ECF No. 12, is DENIED. JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE _____ on motions for Summary Judgment.

Date:   May 20, 2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____